IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL L.  WILEY                                                    PLAINTIFF

v.                                          CASE NO.  6:08-cv-06018

SGT.  MICHAU;
LEANN CLEM;
CHIEF BOBBY SOUTHARD                                         DEFENDANTS


**J U D G M E N T**

For the reasons stated in the memorandum opinion of this date, this case is hereby dismissed

without prejudice for failure to prosecute and/or follow an Order of the Court.


**IT IS SO ORDERED** this **6th day of February 2009.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S.  MAGISTRATE JUDGE